UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NARESH KUMAR,

      Plaintiff,

 -against-

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendants.

------------------------------------- x

ORDER

20 Civ. 11117 (GBD)

GEORGE B. DANIELS, District Judge:

In light of the Plaintiff's notice that the Parties have reached a settlement on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: April 29, 2021
   New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE